**MANDATE**

1:18-cv-08948-JFK-JLC

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand twenty,

_____

Andrew Wang, Shou-Kung Wang, individually, Shou-Kung Wang, derivatively on behalf of the Chi-Chuan Wang Revocable Trust,

    Plaintiffs - Appellants,

v.

Yien-Koo King, Kenneth King, Raymond F. King,

    Defendants - Appellees,

Lynn King, Joseph Shih-Fan King, Does 1-10,

    Defendants.

_____

**ORDER**
Docket No. 20-719

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED    6/11/2020

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/11/2020